1
2
3
4
5
6
7
8
9

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KEVIN HELDE, JON BODILY, and MAX
TENA, on their own behalf and on the behalf
of all others similarly situated,

             Plaintiffs,

    v.

KNIGHT TRANSPORTATION, INC., an
Arizona corporation,

             Defendant.

NO. 2:12-cv-00904-RSL

**DECLARATION OF JEFFREY
MUNSON, PH.D. IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY JUDGMENT**

NOTE ON MOTION CALENDAR:
July 11, 2014

I, Jeffrey Munson, Ph.D. declare as follows:

    1.    I am more than twenty-one years of age and reside in Lynwood, Washington.

    2.    I have worked at the University of Washington in Seattle, Washington since 1998 and currently hold the position of Research Associate Professor of Psychiatry and Behavioral Sciences.

    3.    I have worked on more than twenty lawsuits as an expert in relation to data management and statistical analysis. A copy of my *curriculum vitae* is attached hereto as Exhibit 1.

    4.    I have been retained by Plaintiffs to process and query data in this matter.

DECLARATION OF JEFFREY MUNSON, PH.D. IN SUPPORT
OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT - 1
CASE NO. 2:12-cv-00904-RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1    5.    I have worked with Robert D. Abbott, Ph.D. as an expert witness in multiple

2  cases involving data analyses similar to those Dr. Abbott and I were asked to perform in this

3  case.

4    6.    I have relied on the following materials to render the opinions set forth in this

5  declaration:

6

| LABEL | DESCRIPTION |
|---|---|
| Dec. 9 Production | Excel Spreadsheet with List Matching Bates Ranges of PDF Files to File Names |
| DEF019 | Excel Spreadsheet with List Matching Bates Ranges of Driver Log Files to Folder Names and Extracted Text Files |
| DEF020 | Excel Spreadsheet with List Matching Bates Ranges of Driver Log Files to Folder Names and Extracted Text Files |
| DEF0010763 to DEF0095320 | Driver Log Files |
| DEF0095321 | Class List |
| DEF0095322 to DEF0149301 | Driver Log Files |
| TEXT001 to TEXT134 | Extracted Text Files for Driver Logs |
| Payroll Spreadsheet | Payroll Data |
| sqlexec.xls | Advance Payroll Fee Data |
| Orientation_Pay.xls | Orientation Pay Data |
| 5/2/2014 Email from Eric Beane to Toby Marshall | Email Regarding Class Member Dennis Lopez |

DECLARATION OF JEFFREY MUNSON, PH.D. IN SUPPORT
OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT - 2
CASE NO. 2:12-CV-00904-RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

7.      Data and information (collectively, "data") was imported into a relational database from all of the materials listed above other than the Driver Log Files produced in Portable Document Format.  The data from the Driver Log Files is also included in the Extracted Text Files for Driver Logs ("Electronic Driver Logs").

8.      The Electronic Driver Logs provided data regarding individual days of work for drivers ("Driver Days").  Among other things, this data detailed the amount of time a driver spent in various categories of work or non-work activities on a given date, including time spent driving, time spent on duty not driving, time spent off duty, etc.

9.      The data contained in the Electronic Driver Logs was not presented in a structured format as a result of the process of extracting the text from the original Driver Log Files in the Portable Document Format.  Consequently, the data required extensive searching and processing in order to identify the relevant pieces of information for analysis.  In addition to the lack of structure in the data, the original text extraction process also introduced errors in the extracted data.    For example, the numeric character 1 often appeared as the alphabetic character l. Efforts were made to correct all such unambiguous errors in the data taken from the Electronic Driver Logs.

10.     The Electronic Driver Logs included thousands of duplicate records of Driver Days.  Often the information for a single date of work for a given employee was duplicated dozens of times.  The majority of duplicate records included identical data regarding the time spent in the various categories of work and non-work activities.  Some of the records, however, had discrepancies in this data.

11.     The Driver Logs included "report time" dates for each record.  It was assumed that the record with the most recent report time should be utilized where there were duplicate records.

12.     Once the Driver Logs were de-duplicated, the vast majority of Driver Days contained information representing exactly twenty-four hours (or 1440 minutes) of time spent

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

on both work and non-work activities. These Driver Days (referred to as "1440 Driver Work Days") were included in the calculations. Driver Days that contained information representing more or less than twenty-four hours were excluded. Driver Days that contained exactly twenty-four hours of non-work activities ("1440 Driver Non-Work Days") were excluded in the calculations of work time averages but were taken into consideration for purposes of estimating damages, as explained more fully below.

13. It is understood that the Class period is April 19, 2009 to the present. It is also understood that there are 233 members of the Class.

14. Information and data for each driver was matched in the database using the unique driver code ("drvcd") that the employer, Knight Transportation, Inc. ("Knight"), assigned to that driver.

15. Knight provided payroll records for all members of the Class except for John Mitchell, Ali Rind, James Zeitler, and Dennis Lopez. These payroll records cover the period from April 19, 2009 through October 15, 2013. It is understood that the Payroll Data compiles information for each paycheck issued to a Class member (other than the four omitted), including check date, total gross amount paid, per diem amount paid, and total miles quantity.

16. Knight failed to produce any Driver Logs for the period from April 19, 2009 to December 25, 2011. Moreover, the Driver Logs that were produced—which are for the period from December 26, 2011 to December 7, 2013—appear to be substantially incomplete for the reasons identified below.

17. Knight failed to provide any Driver Logs for more than half of the Class members.

18. Based on the payroll records and Driver Logs that Knight provided for the period of time spanning from April 19, 2009 (the start of the Class period) to December 7, 2013 (the end of the Driver Logs that I received), I calculate that there is a total of 12,961 employee

DECLARATION OF JEFFREY MUNSON, PH.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 4
CASE NO. 2:12-CV-00904-RSL

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

workweeks. An employee workweek is one in which there the payroll records show a Class member was paid during that week or recorded hours worked during that week or both.

19. Out of the total of 12,961 employee workweeks, Knight produced Driver Logs with hours worked in only 2,771 employee workweeks. Out of these 2,771 employee workweeks, there are 1,066 employee workweeks for which we have complete Driver Logs (i.e., Driver Logs for all seven days in the workweek). For the remaining 1,705 employee workweeks, there is no way for us to know whether the Driver Logs capture all work performed because we do not have data for one or more days within those workweeks.

20. There are an additional 247 employee workweeks with complete Driver Logs (i.e., Driver Logs for all seven days in the workweek) with no hours worked.

21. Of the remaining 9,943 employee workweeks, Knight did not produce any Driver Logs with hours worked. Thus, there are no records of hours worked for 76.71 percent of the employee workweeks from April 19, 2009 to December 7, 2013.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct and that this declaration was executed in Seattle, Washington on the 19th day of June, 2014.

By: _____
    Jeffrey Munson, Ph.D.

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

CERTIFICATE OF SERVICE

I, Erika L. Nusser, hereby certify that on June 19, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stellman Keehnel, WSBA #9309
Email:  stellman.keehnel@dlapiper.com
Nicole M. Tadano, WSBA #40531
Email:  nicole.tadano@dlapiper.com
DLA PIPER LLP
701 Fifth Avenue, Suite 7000
Seattle, Washington  98104-7044
Telephone:  (206) 839-4800
Facsimile:  (206) 839-4801

Eric S. Beane, *Admitted Pro Hac Vice*
Email: eric.beane@dlapiper.com
DLA PIPER LLP
1999 Avenue of the Stars, Suite 400
Los Angeles, California  90067-6023
Telephone: (310) 595-3005
Facsimile: (310) 595-3305

*Attorneys for Defendant*

DATED this 19th day of June, 2014.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:  /s/ Erika L. Nusser, WSBA #40854
Erika L. Nusser, WSBA #40854
Email:  enusser@tmdwlaw.com
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile: (206) 350-3528

*Attorneys for Plaintiffs*

DECLARATION OF JEFFREY MUNSON, PH.D. IN SUPPORT
OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT - 6
CASE NO. 2:12-CV-00904-RSL

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

# EXHIBIT 1

# Jeffrey A Munson

Department of Psychiatry and Behavioral Sciences
University of Washington, Box 357920
Seattle, Washington  98195
Phone:  (206) 616-2378
E-mail: jeffmun@u.washington.edu

20431 12th Pl W
Lynnwood, WA  98036
(425) 640-6016

## EDUCATION

B. A.     *Stanford University, 1988*
          Psychology, with Departmental Honors

Ph.D.     *University of Washington, 1998*
          Major area:   Child Clinical Psychology
          Dissertation: Structure and variability in the developmental trajectory of children's
                        externalizing problems: Impact of child sex, infant attachment, and
                        maternal depression

## PROFESSIONAL POSITIONS

2013 – present     Research Associate Professor of Psychiatry and Behavioral Sciences, University of Washington

2007-2013     Research Assistant Professor of Psychiatry and Behavioral Sciences, University of Washington

1998-2007     Research Scientist, Center on Human Development and Disability, University of Washington

Data analysis responsibilities  (1998 - present)
* Oversee data analysis and data management of several large multi-project, collaborative studies.
* Extensive use of SPSS, HLM, EQS, R software programs for various data analytic tasks such as general linear models, hierarchical linear models, latent variable models, and data visualization.
* Extensive use of Microsoft SQL Server 2005, 2008 and Microsoft Access to manage the entry and organization of experimental data
* Use of the Python, Visual Basic, Visual C#, ASP.NET programming languages to create custom solutions for various data manipulation and management tasks.

Clinical and assessment responsibilities (1998 - 2001)
* Clinical assessments of children with autism and developmental disabilities, including standardized cognitive testing and play-based observational diagnostic assessments.
* Provide clinical feedback and recommendations to parents.

**PROFESSIONAL ACTIVITIES**

Ad hoc reviewer:    Archives of Clinical Neuropsychology
                    Autism: International Journal of Research and Practice
                    Development and Psychopathology
                    Developmental Psychology
                    Journal of Autism and Development Disorders
                    Autism Research
                    New England Journal of Medicine

Grant Review Panels:  Small Business: Biobehavioral and Behavioral Processes Across the Lifespan
        (NIH ZRG1 BBBP-T (10) B)  (2009, 2010)


**PUBLICATIONS**

Journal Articles
1.  Gehring, T. M., Wentzel, K. R.; Feldman, S. S., Munson, J. (1990).  Conflict in families of adolescents: The impact on cohesion and power structures. *Journal of Family Psychology*, 3, 290-309.
2.  Feldman, S. S., Wentzel, K. R., Weinberger, D. A., Munson, J. A. (1990).  Marital satisfaction of parents of preadolescent boys and its relationship to family and child functioning. *Journal of Family Psychology*, 4, 213-234.
3.  Marachi R., McMahon R.J., Spieker S.J., & Munson J.A. (1999). Longitudinal assessment of the low-end specificity of maternal reports of depressive symptoms. *Behavior Research and Therapy*, 37,483-501.
4.  Munson J.A., McMahon R.J., & Spieker S.J. (2001) Structure and variability in the developmental trajectory of children's externalizing problems: impact of infant attachment, maternal depressive symptomatology, and child sex. *Development and Psychopathology*, 13, 277-296.
5.  Dager, S.R., Friedman, S.D., Shaw, D., Echelard, D., Artru, A., Strauss, W.L., Sparks, B., Carver, L., Richards, T.L., Munson, J, & Dawson, G.  (2000). Neuroimaging of the Autistic Child's Brain: Brain Structure, Chemistry and Function.  *J Intellectual Disability Research 44*:253.
6.  Osterling, J., Dawson, G., &  Munson, J. (2002). Early recognition of one year old infants with autism spectrum disorder versus mental retardation:  A study of first birthday party home videotapes.  *Development and Psychopathology, 14:* 239-51.
7.  Dawson, G., Munson, J., Estes, A., Osterling, J., McPartland, J., Toth, K., et al. (2002). Neurocognitive function and joint attention ability in young children with autism spectrum disorder. *Child Development, 73*, 345-358.
8.  Sparks, B.F., Friedman, S.D., Shaw, D.W., Aylward. E.H., Echelard, D., Artru, A.A., Maravilla, K.R., Giedd, J.N., Munson, J., Dawson, G., & Dager, S.R. (2002). Brain Structural Abnormalities in Young Children with Autism Spectrum Disorder.  *Neurology, 59*:  184-192.
9.  Unis, A., Munson, J., Rogers, S.J., Goldson, E., Osterling, J., Gabriels, R., Abbott, R.,  & Dawson, G. (2002). A randomized, double-blind, placebo-controlled trial of porcine versus synthetic secretin for reducing symptoms of autism. *Journal of the Academy of Child and Adolescent Psychiatry, 41*: 1315-21.
10. Yu, C., Dawson, G., Munson, J., D'Souza, I., Osterling, J., Estes, A., et al. (2002). Presence of Large Deletions in Autism Kindred. *American Journal of Human Genetics, 71*: 100-115.

11. Sultana, R., Yu, C.-E., Yu, J., Munson, J., Chen, D., Hua, W., Estes, A., Cortes, F., de la Barra, F., Yu, D., Haider, S. T., Trask, B. J., Green, E. D., Raskind, W. H., Disteche, C. M., Wijsman, E., Dawson, G., et al. (2002). Identification of a Novel Gene on Chromosome 7q11.2 Interrupted by a Translocation Breakpoint in a Pair of Autistic Twins. *Genomics: 80*, 129-134.

12. Carver, L., Dawson, G., Panagiotides, H., Meltzoff, A. N., McPartland, J., Gray, J., & Munson, J. (2003). Age-related differences in neural correlates of face recognition during the toddler and preschool years. *Developmental Psychobiology, 42:*148-59.

13. Dawson, G., Toth, K., Abbott, R., Osterling, J., Munson, J., Estes, A., Liaw, J. (2004). Early Social Attention Impairments in Autism: Social Orienting, Joint Attention, and Attention to Distress. *Developmental Psychology*, 40, 271-283.

14. Ozonoff, S., Cook, I. Coon, H., Dawson, G., Joseph, R. M., Klin, A., McMahon, W. M., Minshew, N., Munson, J. A., Pennington, B. F., Rogers, S. J., Spence, M. A., Tager-Flusberg, H., Volkmar, F. R., Wrathall, D. (2004). Performance on Cambridge Neuropsychological Test Automated Battery Subtests Sensitive to Frontal Lobe Function in People with Autistic Disorder: Evidence from the Collaborative Programs of Excellence in Autism Network. *Journal of Autism & Developmental Disorders*, 34, 139-150.

15. Sung, J.U., Dawson, G., Munson, J., Estes, A., Schellenberg, J., & Wijsman, E.M. (2005). Genetic Investigation of Quantitative Traits Related to Autism: Use of Multivariate Polygenic Models with Ascertainment Adjustment. *American Journal of Human Genetics*, 76, 68-81.

16. Werner, E., Dawson, G., Munson, J., & Osterling, J. (2005). Variation in early developmental course in autism and its relation with behavioral outcome at 3-4 years of age. *Journal of Autism & Developmental Disorders,* 35, 337-350.

17. Dawson G., Webb S.J., Wijsman E., Schellenberg G., Estes A., Munson J., Faja S. (2005). Neurocognitive and electrophysiological evidence of altered face processing in parents of children with autism: Implications for a model of abnormal development of social brain circuitry in autism. *Developmental Psychopathology*, 17, 679-697.

18. Munson, J, Dawson, G., Abbott, R., Faja, S., Webb, S.J., Friedman, S.D. Shaw, D., Artru, A., and Dager, S. (2006). Amygdalar volume and behavioral development in autism. *Archives of General Psychiatry,* 63, 686-693.

19. Schellenberg, G.D., Dawson, G., Sung, Y.J., Estes, A., Munson, J., Rosenthal, E., Rothstein, J., Flodman, P., Smith, M., Coon, H., Leong, L., Yu, C.E., Stodgell, C., Rodier, P.M., Spence, M.A., Minshew, N., McMahon, W.M., & Wijsman E.M. (2006). Evidence for multiple loci from a genome scan of autism kindreds. *Molecular Psychiatry, 140, 1049-1060.*

20. Schellenberg, G.D., Dawson, G., Sung, Y.J., Estes, A., Munson, J., Rosenthal, E., Rothstein, J., Flodman, P., Smith, M., Coon, H., Leong, L., Yu, C.E., Stodgell, C., Rodier, P.M., Spence, M.A., Minshew, N., McMahon, W.M., & Wijsman E.M. (2006). Evidence for genetic linkage of autism to chromosomes 7 and 4. *Molecular Psychiatry, 140, 2257-2274.*

21. Toth, K. Munson, J., Meltzoff, A., Dawson, G. (2006). Early predictors of communication development in young children with autism spectrum disorder: Joint attention, imitation, and toy play. *Journal of Autism & Developmental Disorders, 36,* 993-1005.

22. Lainhart JE, Bigler ED, Bocian M, Coon H, Dinh E, Dawson G, Deutsch CK, Dunn M, Estes A, Tager-Flusberg H, Folstein S, Hepburn S, Hyman S, McMahon W, Minshew N, Munson J, Osann K, Ozonoff S, Rodier P, Rogers S, Sigman M, Spence MA, Stodgell CJ, Volkmar F. (2006). Head circumference and height in autism: a study by the Collaborative Program of Excellence in Autism, *American Journal of Medical Genetics. Part A.*, 140, 2257-74.

23. Dawson, G., Estes, A., Munson, J., Schellenberg, G., Bernier, R., & Abbott, R. (2007). Quantitative assessment of autism symptom-related traits in probands and parents: Broader Phenotype Autism Symptom Scale. *Journal of Autism and Developmental Disorders*, 37, 523-536.

24. Dawson, G., Munson J., Webb S.J., Nalty, T., Abbott, R., & Toth, K. (2007). Rate of head growth decelerates and symptoms worsen in the second year of life in autism. *Biological Psychiatry,*61,458-464.

25. Autism Genome Project Consortium: (2007) Mapping autism risk loci using genetic linkage and chromosomal rearrangements. *Nature Genetics, 39,* 319-28.

26. Estes A. M, Dawson, G., Sterling, L., Munson, J. (2007). Level of intellectual functioning predicts patterns of associated symptoms in school-age children with autism spectrum disorder. *American Journal on Mental Retardation,* 112, 439-449.

27. Webb, S.J., Nalty, T., Munson, J., Brock, C., Abbott, R., & Dawson, G. (2007) Rate of head circumference growth as a function of autism diagnosis and history of autistic regression. *Journal of Child Neurology, 22,* 1182-1190.

28. Elder, L. M., Dawson, G., Toth, K., Fein, D., Munson, J. (2007). Head circumference as an early predictor of autism symptoms in younger siblings of children with autism spectrum disorder. *Journal of Autism and Developmental Disorders, 38,* 1104-1111.

29. Brune, C.W., Korvatska, E., Allen-Brady, Cook, E.H. Dawson G., Devlin, B., Estes, A., Hennelly, M., Hyman, S., McMahon, W.M., Munson, J., Rodier, P.M., Schellenberg, G.D., Stodgell, C.J., & Coon, H. (2008). Heterogeneous Association between Engrailed-2 and Autism in the CPEA Network. *Neuropsychiatric Genetics,* 147, 187-193.

30. Sterling L, Dawson G, Webb S, Murias M, Munson J, Panagiotides H, Aylward E. (2008). The Role of Face Familiarity in Eye Tracking of Faces by Individuals with Autism Spectrum Disorders, *Journal of Autism and Developmental Disorders, 38,* 1666-1675.

31. Liu XQ, Paterson AD, Szatmari P; Autism Genome Project Consortium. (2008). Genome-wide linkage analyses of quantitative and categorical autism subphenotypes. *Biological Psychiatry, 64, 561-570.*

32. Munson, J., Dawson, G., Sterling, L., Beauchaine, T., Zhou, A., Koehler, E., Lord, C., Rogers, S., Sigman, M., Estes, A., & Abbott, R. (2008). Evidence for latent classes of IQ in young children with autism spectrum disorder, *American Journal on Mental Retardation, 113,* 427-438.

33. Munson, J., Faja, S., Meltzoff, A., Abbott, R, & Dawson, G. (2008). Neurocognitive predictors of social and communicative developmental trajectories in preschoolers with autism spectrum disorders, *Journal of the International Neuropsychological Society, 14,* 956-966.

34. Liu XQ, Paterson AD, Szatmari P; Autism Genome Project Consortium. (2008). Genome-wide linkage analyses of quantitative and categorical autism subphenotypes. *Biological Psychiatry, 64,* 561-70.

35. Glessner, JT, Wang, K, Cai, G, Korvatska, O., Kim, CE.,Wood, S., Zhang, H., Estes, A., Brune, C., Bradfield, JP., Imielinski, M., Frackelton, EC, Reichert, J., Crawford, E., Munson, J., Sleiman, P., Chiavacci, R., Annaiah, K., Thomas, K., Hou, C., Glaberson, W., Flory, J., Otieno, F., Garris, M., Soorya, L., Klei, L., Piven, J., Meyer, KJ., Anagnostou, E., Sakurai, T., Game, RM., Rudd, DS., Zurawiecki, D., McDougle, C., Davis, LK., Miller, J., Posey, D., Michaels, S., Kolevzon, A., Silverman, J., Bernier, R., Levy, SE., Dawson, G., Owley, T., McMahon, WM., Wassink, TH., Sweeney, JA., Nurnberger JI., Coon, H., Sutcliffe, JS., Minshew, NJ., Grant, S., Bucan, M., Cook, EH., Buxbaum, JD., Devlin, B., Schellenberg, GD., Hakonarson, H. (2009). Autism genome wide copy number variation reveals ubiquitin and neuronal genes, *Nature, 459, 569-573.*

36. Wang, K., Zhang, H., Ma, D., Bucan, M., Glessner, J.T., Abrahams, BS., Salyakina, D., Imielinski, M., Bradfield, J.P., Sleiman, P., Kim, C.E., Chiavacci, R., Takahashi, N., Sakurai, T., Rappaport, E., Lajohchere, C.M., Munson, J., Estes, A., Korvatska, O., Piven, J., Sonnenblick, Ll., Alvarex Retuerto, A., Herman, El., Dong, H., Hutman, T., Sigman, M., Ozonoff, S., Klin, A., Owley, T., Sweeney, J.A., Brune, C.W., Cantor, R., Bernier, R., Gilbert, JR., Cuccaro, ML., Wassink, TH., McMahon, WM., Coon, H., Miller, J., Nurnberger, Jl., State, M., Haines, JL., Levy, S., Sutcliffe, J.S., Cook, EH., Minshew, N.J., Buxbaum, J.D., Dawson, G., Grant, S., Geshwind, DH., Pericak-Vance, M., Schellenberg, G.D., Hakonaron, H. (2009). Common genetic variation in the intergenic region bewenn CDH10 and CDH9 is associated with susceptibility to autism spectrum disorders. *Nature, 459,* 528-533.

37. Weiss, L.A., Weiss LA, Arking DE; Gene Discovery Project of Johns Hopkins & the Autism Consortium, Daly MJ, Chakravarti A. (2009). A genome-wide linkage and association scan reveals novel loci for autism. *Nature, 461, 802-808.*

38. Estes, A. Munson, J., Dawson, G., Koehler, E., Zhou, X.H., Abbott, R. (2009). Parenting stress and psychological functioning among mothers of preschool children with autism and developmental delay. *Autism, 13,* 375-387.

39. Dawson, G., Rogers, S., Munson, J., Smith, M., Wonter, J., Greenson, J., Donaldson, A., Varley, J. (2010). Randomized, controlled trial of an intervention for toddlers with autism: The early start Denver model. *Pediatrics, 125, e17-e23.*

40. Pinto D, Pagnamenta AT, Klei L, Anney R, Merico D, Regan R, Conroy J, Magalhaes TR, Correia C, Abrahams BS, Almeida J, Bacchelli E, Bader GD, Bailey AJ, Baird G, Battaglia A, Berney T, Bolshakova N, Bölte S, Bolton PF, Bourgeron T, Brennan S, Brian J, Bryson SE, Carson AR, Casallo G, Casey J, Chung BH, Cochrane L, Corsello C, Crawford EL, Crossett A, Cytrynbaum C, Dawson G, de Jonge M, Delorme R, Drmic I, Duketis E, Duque F, Estes A, Farrar P, Fernandez BA, Folstein SE, Fombonne E, Freitag CM, Gilbert J, Gillberg C, Glessner JT, Goldberg J, Green A, Green J, Guter SJ, Hakonarson H, Heron EA, Hill M, Holt R, Howe JL, Hughes G, Hus V, Igliozzi R, Kim C, Klauck SM, Kolevzon A, Korvatska O, Kustanovich V, Lajonchere CM, Lamb JA, Laskawiec M, Leboyer M, Le Couteur A, Leventhal BL, Lionel AC, Liu XQ, Lord C, Lotspeich L, Lund SC, Maestrini E, Mahoney W, Mantoulan C, Marshall CR, McConachie H, McDougle CJ, McGrath J, McMahon WM, Merikangas A, Migita O, Minshew NJ, Mirza GK, Munson J, Nelson SF, Noakes C, Noor A, Nygren G, Oliveira G, Papanikolaou K, Parr JR, Parrini B, Paton T, Pickles A, Pilorge M, Piven J, Ponting CP, Posey DJ, Poustka A, Poustka F, Prasad A, Ragoussis J, Renshaw K, Rickaby J, Roberts W, Roeder K, Roge B, Rutter ML, Bierut LJ, Rice JP, Salt J, Sansom K, Sato D, Segurado R, Sequeira AF, Senman L, Shah N, Sheffield VC, Soorya L, Sousa I, Stein O, Sykes N, Stoppioni V, Strawbridge C, Tancredi R, Tansey K, Thiruvahindrapduram B, Thompson AP, Thomson S, Tryfon A, Tsiantis J, Van Engeland H, Vincent JB, Volkmar F, Wallace S, Wang K, Wang Z, Wassink TH, Webber C, Weksberg R, Wing K, Wittemeyer K, Wood S, Wu J, Yaspan BL, Zurawiecki D, Zwaigenbaum L, Buxbaum JD, Cantor RM, Cook EH, Coon H, Cuccaro ML, Devlin B, Ennis S, Gallagher L, Geschwind DH, Gill M, Haines JL, Hallmayer J, Miller J, Monaco AP, Nurnberger Jr JI, Paterson AD, Pericak-Vance MA, Schellenberg GD, Szatmari P, Vicente AM, Vieland VJ, Wijsman EM, Scherer SW, Sutcliffe JS, Betancur C. (2010). Functional impact of global rare copy number variation in autism spectrum disorders. *Nature, 466: 368-372.*

41. Anney R, Klei L, Pinto D, Regan R, Conroy J, Magalhaes TR, Correia C, Abrahams BS, Sykes N, Pagnamenta AT, Almeida J, Bacchelli E, Bailey AJ, Baird G, Battaglia A, Berney T, Bolshakova N, Bölte S, Bolton PF, Bourgeron T, Brennan S, Brian J, Carson AR, Casallo G, Casey J, Chu SH, Cochrane L, Corsello C, Crawford EL, Crossett A, Dawson G, de Jonge M, Delorme R, Drmic I, Duketis E, Duque F, Estes A, Farrar P, Fernandez BA, Folstein SE, Fombonne E, Freitag CM, Gilbert J, Gillberg C, Glessner JT, Goldberg J, Green J, Guter SJ, Hakonarson H, Heron EA, Hill M, Holt R, Howe JL, Hughes G, Hus V, Igliozzi R, Kim C, Klauck SM, Kolevzon A, Korvatska O, Kustanovich V, Lajonchere CM, Lamb JA, Laskawiec M, Leboyer M, Le Couteur A, Leventhal BL, Lionel AC, Liu XQ, Lord C, Lotspeich L, Lund SC, Maestrini E, Mahoney W, Mantoulan C, Marshall CR, McConachie H, McDougle CJ, McGrath J, McMahon WM, Melhem NM, Merikangas A, Migita O, Minshew NJ, Mirza GK, Munson J, Nelson SF, Noakes C, Noor A, Nygren G, Oliveira G, Papanikolaou K, Parr JR, Parrini B, Paton T, Pickles A, Piven J, Posey DJ, Poustka A, Poustka F, Prasad A, Ragoussis J, Renshaw K, Rickaby J, Roberts W, Roeder K, Roge B, Rutter ML, Bierut LJ, Rice JP, Salt J, Sansom K, Sato D, Segurado R, Senman L, Shah N, Sheffield VC, Soorya L, Sousa I, Stoppioni V, Strawbridge C, Tancredi R, Tansey K, Thiruvahindrapduram B, Thompson AP, Thomson S, Tryfon A, Tsiantis J, Van Engeland H, Vincent JB, Volkmar F, Wallace S, Wang K, Wang Z, Wassink TH, Wing K, Wittemeyer K, Wood S, Yaspan BL, Zurawiecki D, Zwaigenbaum L, Betancur C, Buxbaum JD, Cantor RM, Cook EH, Coon H, Cuccaro ML, Gallagher L, Geschwind DH, Gill M, Haines JL, Miller J, Monaco AP, Nurnberger JI Jr, Paterson AD, Pericak-Vance MA, Schellenberg GD, Scherer SW, Sutcliffe JS, Szatmari P, Vicente AM, Vieland VJ, Wijsman EM, Devlin B, Ennis S, Hallmayer J. (2010). A genome-wide scan for common alleles affecting risk for autism. *Hum Mol Genet,19(20):4072-4082*.

42. Noor A, Whibley A, Marshall CR, Gianakopoulos PJ, Piton A, Carson AR, Orlic-Milacic M, Lionel AC, Sato D, Pinto D, Drmic I, Noakes C, Senman L, Zhang X, Mo R, Gauthier J, Crosbie J, Pagnamenta AT, Munson J, Estes AM, Fiebig A, Franke A, Schreiber S, Stewart AF, Roberts R, McPherson R, Guter SJ, Cook EH Jr, Dawson G, Schellenberg GD, Battaglia A, Maestrini E; Autism Genome Project Consortium, Jeng L, Hutchison T, Rajcan-Separovic E, Chudley AE, Lewis SM, Liu X, Holden JJ, Fernandez B, Zwaigenbaum L, Bryson SE, Roberts W, Szatmari P, Gallagher L, Stratton MR, Gecz J, Brady AF, Schwartz CE, Schachar RJ, Monaco AP, Rouleau GA, Hui CC, Lucy Raymond F, Scherer SW, Vincent JB. (2011). Disruption at the PTCHD1 Locus on Xp22.11 in Autism spectrum disorder and intellectual disability. *Sci Transl Med, 2(49):49ra68.*

43. Chapman NH, Estes A, Munson J, Bernier R, Webb SJ, Rothstein JH, Minshew NJ, Dawson G, Schellenberg GD, Wijsman EM. (2011). Genome-scan for IQ discrepancy in autism: evidence for loci on chromosomes 10 and 16. *Hum Genet. 129(1):59-70.*

44. Korvatska O, Estes A, Munson J, Dawson G, Bekris LM, Kohen R, Yu CE, Schellenberg GD, Raskind WH. (2011). Mutations in the TSGA14 gene in families with autism spectrum disorders. *Am J Med Genet B Neuropsychiatr Genet. 156(B): 303-311.*

45. Casey JP, Magalhaes T, Conroy JM, Regan R, Shah N, Anney R, Shields DC, Abrahams BS, Almeida J, Bacchelli E, Bailey AJ, Baird G, Battaglia A, Berney T, Bolshakova N, Bolton PF, Bourgeron T, Brennan S, Cali P, Correia C, Corsello C, Coutanche M, Dawson G, de Jonge M, Delorme R, Duketis E, Duque F, Estes A, Farrar P, Fernandez BA, Folstein SE, Foley S, Fombonne E, Freitag CM, Gilbert J, Gillberg C, Glessner JT, Green J, Guter SJ, Hakonarson H, Holt R, Hughes G, Hus V, Igliozzi R, Kim C, Klauck SM, Kolevzon A, Lamb JA, Leboyer M, Le Couteur A, Leventhal BL, Lord C, Lund SC, Maestrini E, Mantoulan C, Marshall CR, McConachie H, McDougle CJ, McGrath J, McMahon WM, Merikangas A, Miller J, Minopoli F, Mirza GK, Munson J, Nelson SF, Nygren G, Oliveira G, Pagnamenta AT, Papanikolaou K, Parr JR, Parrini B, Pickles A, Pinto D, Piven J, Posey DJ, Poustka A, Poustka F, Ragoussis J, Roge B, Rutter ML, Sequeira AF, Soorya L, Sousa I, Sykes N, Stoppioni V, Tancredi R, Tauber M, Thompson AP, Thomson S, Tsiantis J, Van Engeland H, Vincent JB, Volkmar F, Vorstman JA, Wallace S, Wang K, Wassink TH, White K, Wing K, Wittemeyer K, Yaspan BL, Zwaigenbaum L, Betancur C, Buxbaum JD, Cantor RM, Cook EH, Coon H, Cuccaro ML, Geschwind DH, Haines JL, Hallmayer J, Monaco AP, Nurnberger JI Jr, Pericak-Vance MA, Schellenberg GD, Scherer SW, Sutcliffe JS, Szatmari P, Vieland VJ, Wijsman EM, Green A, Gill M, Gallagher L, Vicente A, Ennis S. (2012). A novel approach of homozygous haplotype sharing identifies candidate genes in autism spectrum disorder. *Hum Genet, 131(4)*, 565-79.
46. Bernier R, Gerdts J, Munson J, Dawson G, Estes A. (2012). Evidence for broader autism phenotype characteristics in parents from multiple-incidence autism families. *Autism Res, 5,* 13-20.
47. Anney R, Klei L, Pinto D, Almeida J, Bacchelli E, Baird G, Bolshakova N, Bölte S, Bolton PF, Bourgeron T, Brennan S, Brian J, Casey J, Conroy J, Correia C, Corsello C, Crawford EL, de Jonge M, Delorme R, Duketis E, Duque F, Estes A, Farrar P, Fernandez BA, Folstein SE, Fombonne E, Gilbert J, Gillberg C, Glessner JT, Green A, Green J, Guter SJ, Heron EA, Holt R, Howe JL, Hughes G, Hus V, Igliozzi R, Jacob S, Kenny GP, Kim C, Kolevzon A, Kustanovich V, Lajonchere CM, Lamb JA, Law-Smith M, Leboyer M, Le Couteur A, Leventhal BL, Liu XQ, Lombard F, Lord C, Lotspeich L, Lund SC, Magalhaes TR, Mantoulan C, McDougle CJ, Melhem NM, Merikangas A, Minshew NJ, Mirza GK, Munson J, Noakes C, Nygren G, Papanikolaou K, Pagnamenta AT, Parrini B, Paton T, Pickles A, Posey DJ, Poustka F, Ragoussis J, Regan R, Roberts W, Roeder K, Roge B, Rutter ML, Schlitt S, Shah N, Sheffield VC, Soorya L, Sousa I, Stoppioni V, Sykes N, Tancredi R, Thompson AP, Thomson S, Tryfon A, Tsiantis J, Van Engeland H, Vincent JB, Volkmar F, Vorstman JA, Wallace S, Wing K, Wittemeyer K, Wood S, Zurawiecki D, Zwaigenbaum L, Bailey AJ, Battaglia A, Cantor RM, Coon H, Cuccaro ML, Dawson G, Ennis S, Freitag CM, Geschwind DH, Haines JL, Klauck SM, McMahon WM, Maestrini E, Miller J, Monaco AP, Nelson SF, Nurnberger JI Jr, Oliveira G, Parr JR, Pericak-Vance MA, Piven J, Schellenberg GD, Scherer SW, Vicente AM, Wassink TH, Wijsman EM, Betancur C, Buxbaum JD, Cook EH, Gallagher L, Gill M, Hallmayer J, Paterson AD, Sutcliffe JS, Szatmari P, Vieland VJ, Hakonarson H, Devlin B. (2012). Individual common variants exert weak effects on the risk for autism spectrum disorders. *Hum Mol Genet*, 21(21):4781-92.
48. O'Roak BJ, Vives L, Fu W, Egertson JD, Stanaway IB, Phelps IG, Carvill G, Kumar A, Lee C, Ankenman K, Munson J, Hiatt JB, Turner EH, Levy R, O'Day DR, Krumm N, Coe BP, Martin BK, Borenstein E, Nickerson DA, Mefford HC, Doherty D, Akey JM, Bernier R, Eichler EE, Shendure J. (2012). Multiplex targeted sequencing identifies recurrently mutated genes in autism spectrum disorders. *Science*, 338(6114):1619-22.
49. Estes A, Olson E, Sullivan K, Greenson J, Winter J, Dawson G, Munson J. (2013). Parenting-related stress and psychological distress in mothers of toddlers with autism spectrum disorders. *Brain Dev*, 35(2):133-8.

50. Krumm N, O'Roak BJ, Karakoc E, Mohajeri K, Nelson B, Vives L, Jacquemont S, Munson J, Bernier R, Eichler EE. (2013). Transmission disequilibrium of small CNVs in simplex autism. *Am J Hum Genet*, 93(4):595-606.
51. Corrigan NM, Shaw DW, Estes AM, Richards TL, Munson J, Friedman SD, Dawson G, Artru AA, Dager SR. (2013). Atypical developmental patterns of brain chemistry in children with autism spectrum disorder. *JAMA Psychiatry*, 70(9):964-74.
52. Kuhl PK, Coffey-Corina S, Padden D, Munson J, Estes A, Dawson G. Brain responses to words in 2-year-olds with autism predict developmental outcomes at age 6. (2013). *PLoS One*, 8(5):e64967. doi: 10.1371/journal.pone.0064967.
53. Sterling L, Munson J, Estes A, Murias M, Webb SJ, King B, Dawson G. (2013). Fear-potentiated startle response is unrelated to social or emotional functioning in adolescents with autism spectrum disorders. *Autism Res.* 6(5):320-31. doi: 10.1002/aur.1289.
54. Estes A, Vismara L, Mercado C, Fitzpatrick A, Elder L, Greenson J, Lord C, Munson J, Winter J, Young G, Dawson G, Rogers S. (2014). The impact of parent-delivered intervention on parents of very young children with autism. *J Autism Dev Disord,* 44(2):353-65.


Book Chapters
1. Abbott, R. D., Amtmann, D., Munson, J. (2003). Exploratory and confirmatory methods in learning disabilities research. Swanson, H. L., Harris, K. R.,et al. (Eds), *Handbook of learning disabilities* (pp. 471-482). New York, NY, US: Guilford Press.
2. Abbott, R. D., Amtmann, D., & Munson, J. (2006). Statistical analysis for field experiments and longitudinal data in writing research. In C. Macarthur, S. Graham, & J. Fitzgerald (Eds.) Handbook of Writing Research, pp. 374-386. New York: Guilford Press.


Professional Articles and Editorials
1. Munson, J. A. (2009). Book Reviews. Autism: Current Theories and Evidence; The Ethics of Autism: Among Them, but Not of Them, *New England Journal of Medicine, 360,* 2485-2486
2. Munson, J., & Pasqual, P. (2012). Technology in autism research: The promise and perils. *IEEE Computer Mag, 45(6).*


Conference Presentations
1. Dawson, G., Schellenberg, J., Wijsman, E., Osterling, J., Estes, A., & Munson, J. Genetic study of autism. Presented at the 1999 Meeting of the Autism Society of America, Kansas City, KS.
2. Dager, S.R., Friedman S.D., Shaw, D., Echelard, D., Artru, A.A., Strauss, W., Sparks, B., Carver, L., Richards T., Munson J., & Dawson G. (2000, March). Brain Structural and Chemical Imaging of Autistic Children, Developmentally Delayed Children and Age-Matched Controls. 20th Annual Meeting, European Winter Brain Conference. Geneva, Switzerland.
3. Dager, S.R., Friedman, S.D., Shaw, D., Echelard, D., Artru, A.A., Strauss, W.D., Sparks, B., Carver, L., Richards, T.L., Munson, J., & Dawson, G.(2000, August). Neuroimaging of the autistic child's brain: Brain, structure chemistry and function. IASSID Seattle, WA.
4. Dawson, G., Rogers, S., Sigman, M., Munson, J., & Abbott, R. Cognitive Functioning in Young Children with Autism versus Mental Retardation. Presented at the 2000 meeting of the ollaborative Programs of Excellence in Autism (CPEA). Denver, CO.
5. Werner, E., Dawson, G., Osterling, J., & Munson, J. Autistic regression: A validation of the phenomenon based on home videotapes and parent report. Presented at the 2001 meeting of the Society for Research in Child Development, Minneapolis, MI.
6. Dager, S.R., Friedman, S.D., Shaw, D.W.W., Sparks, B., Richards, T.L., Munson, J., Artru, A.A., Giedd, J., & Dawson G. (2001, December). Brain Structural and Chemical Abnormalities in Childhood Autism. Annual Meeting, American College of Neuropsychopharmacology.

7.  Dager, S., Munson, J., Friedman, S., Webb, S., Shaw, D., Sparks, B., Artru, R., Abbott, R., & Dawson, G.  (2002, November). Neuroimaging relationship to behavioral performance and clinical course in young children with ASD.  Presented at the 2002 Meeting of the International Society for Autism Research, Orlando, FL.
8.  Dawson, G., Schellenberg, G., Wijsman, E., Munson, J.,  & Estes, A.  (2002, November). Quantitative assessments of autism symptoms in probands and family members:  Broader Phenotype Autism Scale. Presented at the 2002 Meeting of the International Society for Autism Research, Orlando, FL.
9.  Dawson, G., Munson, J., Estes, A.,  & Abbott, R. (2003, April). Early neurocognitive predictors of variations in developmental trajectory in autism.  Accepted for presentation at the 2003 meeting of the Society for Research in Child Development.  Tampa, FL.
10. Toth, K., Munson, J., Estes, A., Abbott, R., & Dawson, G.  (2003, April).  Joint Attention Predicts Rate of Language and Social Growth in Young Children With Autism.  Poster presented at the 2003 meeting of the Society for Research in Child Development. Tampa, FL.
11. Toth, K., Dawson, G., Meltzoff, A., & Munson, J. (2004). Early predictors of language growth in young children with autism: Joint attention, imitation, and toy play. Poster presented at the International Meeting for Autism Research, Sacramento, CA.
12. Dawson, G., Webb, S.J., Wijsman, E., Schellenberg, G., Estes, A., Munson, J., & Faja, S. Face Processing is Altered in Parents of Children With Autism: Neurocognitive and Neurophysiological Evidence.  Accepted for presentation at the 2005 Meeting of the Society for Research in Child Development.  Atlanta, GA.
13. Estes, A. M., Munson, J., Clary, L., & Dawson, G. Presence of a Broader Phenotype of Autism in Siblings From Multiplex Autism Families Accepted for presentation in the Symposium on "Autism in Infancy" S. Ozonoff and N. Yirmiya (Chairs) at the 2005 Meeting of the Society for Research in Child Development.  Atlanta, GA.
14. Munson, J., Dawson, G., Lord, C., Rogers, S., Sigman, M., & Abbott, R.  Evidence for a bimodal distribution of neurocognitive function in autism.  Presented at the 2005 meeting of the Collaborative Programs of Excellence in Autism (CPEA).  Bethesda, MD.
15. Munson, J.A. (2009).  Inferences on cognition in nonverbal children via real-time analysis of eye gaze.  Poster presented at the International Meeting for Autism Research, Chicago, IL.


**EXPERT TESTIMONY**

Dr. Munson has worked as an expert in relation to data management and statistical analysis on over 20 cases with attorneys from Schroeter, Goldmark, & Bender, the Law Office of David Mark, Terrell, Marshall, Daudt & Willie, and Schwerin, Campbell, Barnard, Iglitzin, & Lavitt.


**GRANTS**

Special Hope Foundation              Munson (PI)                          7/1/08-6/30/09
Communication and Gaze in Children with Disabilities
        The purpose of this project is to develop an innovative assessment tool using eye-tracking technology that is integrated in real-time with real-time 3D rendered graphics.  The integration of these two technologies will provide a means to investigate social-cognition and language comprehension in children with limited communication abilities.
Role: Principal Investigator

P50HD055782 NICHD/NIDCD          King (PI), Munson (Core PI)          8/1/07– 7/31/12

UW Autism Center of Excellence
The goals of this project are to (1) discover genetic and environmental risk factors for autism, (2) identify early behavioral and neurophysiological risk indices of autism, (3) examine early manifestations of abnormal brain development in autism, (4) conduct a randomized clinical trial aimed at reducing and preventing the onset of autism symptoms, (5) conduct a follow-up study of early intensive behavioral intervention in autism, and (6) identify risk factors for the development of associated conditions in adolescence in autism.
Role: Principal Investigator of Statistics and Data Management Core

Simons Foundation                    Munson (PI)                    2/1/12-1/31/13
Novel Measurement of Imitation and Motor Control in Severe Autism
          This project will use novel computer-based activities to study imitation and motor planning skills in a sample of severely impaired adolescents with autism.  The activities use the Microsoft Kinect depth camera to record body movement in fine-detail as the students pop balloons, balance blocks, play "follow the leader", and pilot an airplane.  During these activities we will measure how students modify their movements in response to what they observe on the screen.  This will allow us to assess the learning process as it unfolds based on behavior the student initiates on his or her own.  Tools that can assess subtle changes in behavior and learning are needed to support treatment research for those with the most severe impairments.
Role: Principal Investigator


**TEACHING**

Faculty sponsor for Jae Kim, Student of Dr. Kelvin Sung in the senior internship program in the UW Bothell Department of Computing and Software Systems.  Project Title: *Integrating Eye-tracking Device-Driven Applications for Studying Autism Using Valve's Source Real-time Game Engine.  (2009).*

Faculty sponsor for Young Youn, Student of Dr. Kelvin Sung in the senior internship program in the UW Bothell Department of Computing and Software Systems.  Project Title: *Eye-tracking Across Multiple Monitors Using Valve's Source Game To Investigate Nonverbal Measures of Theory of Mind.  (2009).*

Faculty Mentor to David Xue, Senior Capstone Project in the UW Department of Engineering (Department sponsor, Tom Lewis, PhD).  Project Title: *Desgin of a toolset for evaluating visual attention variability in autistic children. (2010).*



**SERVICE**

Discussion Leader for the Biomedical Research Integrity Program Series, Department of Bioethics & Humanities, UW School of Medicine.  (2010, 2012).


**PROFESSIONAL AFFILIATIONS**

          Society for Research in Child Development
          International Society for Autism Research

Revised Feb 2013