THE HONORABLE ROBERT S. LASNIK

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KEVIN HELDE, JON BODILY, and MAX TENA, on their own behalf and on the behalf of all others similarly situated,

Plaintiffs,

v.

KNIGHT TRANSPORTATION, INC., an Arizona corporation,

Defendant.

NO. 2:12-cv-00904-RSL

**ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

WHEREAS, the Parties have entered into a Class Action Settlement Agreement and Release (the "Settlement Agreement"),[1] which sets forth the terms and conditions of the settlement and release of claims against Defendant Knight Transportation, Inc., the Court having reviewed and considered the Settlement Agreement and all of the filings, records, and other submissions; the Court finds upon a preliminary examination that the Agreement appears fair, reasonable, and adequate, and that a hearing should and will be held after notice to the Settlement Class in order to confirm that the Settlement is fair, reasonable, and adequate, and to determine whether the Settlement Agreement should be finally approved pursuant to the terms and conditions set forth in the Settlement Agreement ("Final Approval Hearing").

---

[1] Capitalized terms shall have the meaning ascribed to them in the Settlement Agreement.

ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319-5450
www.terrellmarshall.com

THEREFORE, THE COURT FINDS AND CONCLUDES AS FOLLOWS:

1. Unless otherwise provided herein, all capitalized terms in this Order shall have the same meaning as set forth in the Settlement Agreement attached as <u>Exhibit 1</u> to the Declaration of Toby J. Marshall in Support of Preliminary Approval.

2. This Court has jurisdiction over the subject matter of this Action and personal jurisdiction over the Parties and the Settlement Class.

3. The Court finds that (a) the Settlement Agreement resulted from extensive arm's-length negotiations, with participation of an experienced mediator, and (b) the Settlement Agreement is sufficient to warrant notice thereof to members of the Settlement Class and the Final Approval Hearing described below.

4. The Settlement Class includes all current and former Washington-based drivers whom Defendant identified as Class Members in this action, all of whom are listed in Exhibit A of the Settlement Agreement. The Settlement Class will not include any persons who validly request exclusion from the Class.

5. The Court has previously appointed Kevin Helde, Jon Bodily, and Max Tena as Class Representatives and finds that for settlement purposes, the Class Representatives have and (in the case of Mr. Helde and Mr. Bodily) will continue to fairly and adequately protect the interests of the Settlement Class.

6. The Court has previously appointed Rekhi & Wolk, P.S. and the Terrell Marshall Law Group PLLC as Class Counsel and finds that for settlement purposes, Class Counsel have and will fairly and adequately protect the interests of the Settlement Class.

7. The Court preliminarily finds that the Settlement Agreement is fundamentally fair, adequate, and reasonable

8. The Court appoints CPT Group as the Settlement Administrator, who shall fulfill the functions, duties, and responsibilities of the Settlement Administrator as set forth in the Settlement Agreement and this Order.

ORDER GRANTING PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT - 2


**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

9. The Court approves the proposed forms of notice and notice plan for giving direct notice to the Settlement Class by U.S. Mail as set forth in Section II.H of the Settlement Agreement and its attached exhibits ("Notice Plan"). The Notice Plan, in form, method, and content, fully complies with the requirements of Rule 23 and due process, constitutes the best notice practicable under the circumstances, and is due and sufficient notice to all persons entitled thereto. The Court finds that the Notice Plan is reasonably calculated under all circumstances to reasonably apprise the persons in the Settlement Class of the pendency of this Action, the terms of the Settlement Agreement, and the right to object to the Settlement and to exclude themselves from the Settlement Class.

10. Pursuant to the Settlement Agreement, the Settlement Administrator shall provide individual notice via U.S. Mail to the most recent mailing address as reflected in Defendant's records no later than ten (10) days after entry of this Order.

11. Defendant shall bear all notice and settlement administration fees and costs in accordance with the Settlement Agreement.

12. Members of the Settlement Class may exclude themselves from the Settlement Class by advising the Settlement Administrator by mailing a signed, written request no later than thirty (30) calendar days after the date notice is sent to the Settlement Class.

13. Any Settlement Class Member who desires to object to the fairness of this Settlement must submit a written objection to the Settlement Administrator no later than thirty (30) calendar days from the date notice is mailed to the Settlement Class. The Settlement Administrator will submit copies of any such objection to counsel for the Parties within five days of receiving the objection. The Parties shall submit any responses to objections no later than forty calendar days after the Initial Notice Mailing Date.

14. Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure a hearing will be held before this Court to finally determine whether the Settlement is fair, reasonable, and adequate, and should be approved by this Court; to consider the application for service awards

ORDER GRANTING PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT - 3

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1 to the Class Representatives; to consider the distribution of the Settlement Fund pursuant to the
2 Settlement Agreement; to consider the separate application for attorneys' fees and expenses of
3 Class Counsel; and to rule on any other matters that the Court may deem appropriate.

4     15. The Final Approval Hearing is scheduled for October 19, 2017, at 9:00 a.m.

5     16. Settlement Class Members do not need to appear at the Final Approval Hearing
6 or take any other action to indicate their approval and partake in this Settlement.

7     17. This Order and the Settlement are not admissions or concessions by Defendant
8 of any liability or wrongdoing. This Order is not a determination of liability or wrongdoing.
9 This Order also does not constitute any opinion or position of this Court as to the merits of the
10 claims and defenses related to this Action.

11     18. This Action is stayed until further ordered by this Court, except such actions and
12 proceedings that may be necessary to implement the Settlement and this Order.

13     19. Pending final determination of whether the Settlement should be approved,
14 Plaintiffs, all Settlement Class Members and any person or entity allegedly acting on behalf of
15 Settlement Class Members, either directly, representatively or in any other capacity, are
16 preliminarily enjoined from commencing or prosecuting against the Released Parties any action
17 or proceeding in any court or tribunal asserting any of the Released Claims, provided, however,
18 that this injunction shall not apply to individual claims of any Settlement Class Members who
19 timely exclude themselves in a manner that complies with this Order. This injunction is
20 necessary to protect and effectuate the Settlement, this Order, and the Court's flexibility and
21 authority to effectuate this Settlement and to enter judgment when appropriate, and is ordered
22 in aid of the Court's jurisdiction and to protect its judgments pursuant to 28 U.S.C. § 1651(a).

23     20. If Final Approval does not occur, the parties shall be returned to the status quo
24 ex ante, for all litigation purposes, as if no settlement had been negotiated or entered into; and
25 thus, this Order and all other findings or stipulations regarding the Settlement shall be
26 automatically void, vacated, and treated as if never filed.

ORDER GRANTING PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT - 4

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

21.     Counsel for the parties are hereby authorized to utilize all reasonable procedures in connection with the administration of the Settlement which are not materially inconsistent with either this Order or the terms of the Settlement Agreement.

22.     This Court retains jurisdiction to consider all further matters arising out of or connected with the Settlement. The Court reserves the right to adjourn or continue the date of the Final Approval Hearing without further notice to Settlement Class Members, and retains jurisdiction to consider all further applications arising out of or connected with the Settlement. The Court may approve or modify the Settlement without further notice to Settlement Class Members.

23.     The following timeline will govern proceedings through the Final Approval Hearing:

| DEADLINE | EVENT |
| --- | --- |
| Ten days after entry of this Order | Deadline to mail notice to Class Members |
| Fourteen days after entry of this Order | Deadline for Class Counsel to file their motion for attorneys' fees and costs |
| Twenty-one days after entry of this Order | Deadline for Class Counsel to file motion requesting final approval |
| Within thirty days of the date that Settlement Notices are sent, pursuant to the Notice Plan | Deadline for Settlement Class Members to submit exclusion requests or objections |
| Within forty days of the date that Settlement Notices are sent, pursuant to the Notice Plan | Deadline for Parties to submit any responses to objections |
| October 19, 2017, at 9:00 a.m. | Final Approval Hearing |

DATED this 24th day of May, 2017.

*[signature]*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT - 5

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319-5450
www.terrellmarshall.com

Presented by:

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Toby J. Marshall, WSBA #32726
    Toby J. Marshall, WSBA #32726
    Email: tmarshall@terrellmarshall.com
    Erika L. Nusser, WSBA #40854
    Email: enusser@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

    Hardeep S. Rekhi, WSBA #34579
    Email: hardeep@rekhiwolk.com
    Gregory A. Wolk, WSBA #28946
    Email: greg@rekhiwolk.com
    REKHI & WOLK, P.S.
    529 Warren Avenue North, Suite 201
    Seattle, Washington 98109
    Telephone: (206) 388-5887
    Facsimile: (206) 577-3924

*Attorneys for Plaintiffs and Class Members*

ORDER GRANTING PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT - 6

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com