UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN HELDE, *et al.*,<br><br>                Plaintiffs,<br>     v.<br><br>KNIGHT TRANSPORTATION, INC.<br><br>                Defendant. | No. C12-0904RSL<br><br>ORDER RENOTING MOTION FOR<br>ATTORNEY'S FEES AND COSTS |

On June 6, 2017, plaintiffs filed their "Motion for Award of Attorneys' Fees and Reimbursement of Litigation Costs" in the above-captioned matter. Dkt. # 192. The motion was noted on the Court's calendar for consideration on June 23, 2017. Objections to the fee petition had to be postmarked, at the earliest, thirty days after Settlement Notices were sent out, which was approximately the note date. Dkt. # 191 at ¶ 13. Class members were advised to mail objections to the Settlement Administrator. Dkt. # 188 at 34-35. If objections were raised, the parties are to apprise the Court at the fairness hearing. Dkt. # 188 at 19. The request for fees and costs will therefore be considered at the Final Approval Hearing scheduled for October 19, 2017. The Clerk of Court is directed to renote Dkt. # 192 on the Court's calendar for that date.

Dated this 28th day of June, 2017.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER RENOTING MOTION FOR
ATTORNEY'S FEES AND COSTS