THE HONORABLE ROBERT S. LASNIK

1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
8                     AT SEATTLE

9

| | |
|---|---|
| KEVIN HELDE, JOHN BODILY, and MAX TENA, on their own behalf and on the behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC.,<br><br>Defendant. | No. 2:12-cv-00904 RSL<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO AMEND ORDER REGARDING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND LITIGATION COSTS**<br><br>NOTE ON MOTION CALENDAR: October 27, 2017 |

10

11

12

13

14

15

16

17        On October 26, 2017, this Court entered an Order Regarding Plaintiffs' Motion For

18   Attorneys' Fees And Litigation Costs (dkt. no. 209).  In the Order, the Court approved a

19   lodestar for class counsel of $934,408.17, the figure requested in class counsel's opening brief.

20   Order at 3:3.  Class Counsel adjusted the requested lodestar in their reply brief to $932,995.97.

21   *See* Reply In Support Of Plaintiffs' Motion For Award Of Attorneys' Fees And

22   Reimbursements Of Litigation Costs (dkt. No. 202) at 4:4 ("The revised lodestar is

23   $932,995.97.").  Under the revised lodestar, application of a 1.25 multiplier results in a total

24   fees award of $1,166,244.96.

25        The Order also directs defendant to pay the attorneys' fees and costs within ten days of

26   the Order.  Order at 4:5-6.  However, the parties had agreed as part of the Class Action

STIPULATION AND ~~[PROPOSED]~~ ORDER TO
AMEND ORDER REGARDING PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES - 1
No. 2:12-cv-00904 RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206.839.4800

1   Settlement Agreement that defendant shall pay all attorneys' fees and litigation costs awarded

2   by the Court "[w]ithin ten days of the Effective Date" of the Class Action Settlement

3   Agreement.   *See* Declaration of Toby J. Marshall In Support Of Plaintiffs' Motion For

4   Preliminary Approval Of Class Action Settlement (dkt. No. 188) at p. 13 (Section II.F. of the

5   Class Action Settlement Agreement).

6          The parties thus agree and stipulate as follows:

7                                           **I. STIPULATION**

8          The parties agree it is appropriate for the Court to amend the Order and respectfully

9   request that the Order be amended to:

10        (i)       Correct the requested and approved lodestar to $932,995.97;

11        (ii)      Correct the attorneys' fees award to $1,166,244.96; and

12        (iii)     Require Defendant to pay all attorneys' fees and litigation costs awarded by the

13                  Court within ten days of the Effective Date of the Class Action Settlement

14                  Agreement.

15        IT IS SO STIPULATED.

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO
AMEND ORDER REGARDING PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES - 2
No. 2:12-cv-00904 RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206.839.4800

1    Respectfully submitted this 27th day of October, 2017.

2

3    TERRELL MARSHALL DAUDT                    DLA PIPER LLP (US)
     & WILLIE PLLC

4

5    *s/ Toby J. Marshall (with permission)*     *s/ Anthony Todaro*
     Toby J. Marshall, WSBA No. 32726           Stellman Keehnel, WSBA No. 9309
     Erika L. Nusser, WSBA #40854               Anthony Todaro, WSBA No. 30391
6    936 North 34th Street, Suite 300           DLA PIPER LLP (US)
     Seattle, WA 98103                          701 Fifth Avenue, Suite 7000
7    Telephone: 206.816.6603                    Seattle, WA 98104
     Fax: 206.319.5450                          Tel: 206.839.4800
8    E-mail: tmarshll@terrellmarshall.com       Fax: 206.839.4801
                                                Email: stellman.keehnel@dlapiper.com
9                                               Email: anthony.todaro@dlapiper.com
     REKHI & WOLK, P.S.
10                                              DLA PIPER LLP (US)
     Hardeep S. Rekhi, WSBA No. 34579
11   Gregory A. Wolk, WSBA No. 28946            Eric S. Beane, *Admitted Pro Hac Vice*
     529 Warren Avenue North, Suite 201         1999 Avenue of the Stars, Suite 400
12   Seattle, WA 98109                          Los Angeles, CA 90067-6023
     Telephone: 206.388.5887                    Telephone: 310.595.3005
13   Fax: 206.577.3924                          Fax: 310.595.3305
     E-mail: hardeep@rekhiwolk.com              E-mail: eric.beane@dlapiper.com
14   E-mail: greg@rekhiwolk.com

15   *Attorneys for Plaintiffs*                   *Attorneys for Defendant*
                                                *Knight Transportation, Inc.*
16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO                DLA Piper LLP (US)
AMEND ORDER REGARDING PLAINTIFFS'                  701 Fifth Avenue, Suite 7000
MOTION FOR ATTORNEYS' FEES - 3                     Seattle, WA  98104-7044 • Tel: 206.839.4800
No. 2:12-cv-00904 RSL

## II. ORDER

IT IS HEREBY ORDERED that the Order Regarding Plaintiffs' Motion For Attorneys' Fees And Litigation Costs (dkt. no. 209) shall be amended.  Class Counsel's requested and approved lodestar is corrected to $932,995.97.  The total award of attorneys' fees to Class Counsel is corrected to $1,166,244.96. The award of litigation costs shall remain the same, at $64,308.05.  Defendant shall pay all attorneys' fees and litigation costs awarded by the Court within ten days of the Effective Date of the Class Action Settlement Agreement.

IT IS SO ORDERED.

DATED this **30** day of **October**, 2017.

_____

HON. ROBERT S. LASNIK
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO
AMEND ORDER REGARDING PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES - 4
No. 2:12-cv-00904 RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206.839.4800

1 | *Presented by:*

2 | TERRELL MARSHALL DAUDT                    DLA PIPER LLP (US)
    & WILLIE PLLC

3

4 | *s/ Toby J. Marshall (with permission)*      *s/ Anthony Todaro*
    Toby J. Marshall, WSBA No. 32726         Stellman Keehnel, WSBA No. 9309
5 | Erika L. Nusser, WSBA #40854             Anthony Todaro, WSBA No. 30391
    936 North 34th Street, Suite 300          DLA PIPER LLP (US)
6 | Seattle, WA 98103                         701 Fifth Avenue, Suite 7000
    Telephone: 206.816.6603                   Seattle, WA 98104
7 | Fax: 206.319.5450                         Tel: 206.839.4800
    E-mail: tmarshll@terrellmarshall.com      Fax: 206.839.4801
8 |                                           Email: stellman.keehnel@dlapiper.com
9 | REKHI & WOLK, P.S.                        Email: anthony.todaro@dlapiper.com

10 | Hardeep S. Rekhi, WSBA No. 34579         DLA PIPER LLP (US)
     Gregory A. Wolk, WSBA No. 28946
11 | 529 Warren Avenue North, Suite 201       Eric S. Beane, *Admitted Pro Hac Vice*
     Seattle, WA 98109                        1999 Avenue of the Stars, Suite 400
12 | Telephone: 206.388.5887                  Los Angeles, CA 90067-6023
     Fax: 206.577.3924                        Telephone: 310.595.3005
13 | E-mail: hardeep@rekhiwolk.com            Fax: 310.595.3305
     E-mail: greg@rekhiwolk.com               E-mail: eric.beane@dlapiper.com
14
     *Attorneys for Plaintiffs*               *Attorneys for Defendant*
15 |                                          *Knight Transportation, Inc.*

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO                      DLA Piper LLP (US)
AMEND ORDER REGARDING PLAINTIFFS'                     701 Fifth Avenue, Suite 7000
MOTION FOR ATTORNEYS' FEES - 5               Seattle, WA 98104-7044 • Tel: 206.839.4800
No. 2:12-cv-00904 RSL